JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD W. WHATLEY, | Case No. ED CV 13-1796 DOC (MRW) |
| Plaintiff, | |
| v. | JUDGMENT |
| OFFICER NANEZ, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: May 4, 2015

_/s/ David O. Carter_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE